IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARJORIE A. CREAMER )
PO BOX 25164 )
KC MO 64119 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. MARY BARRA )   Case Number  16-4045-SAC-KGS
GENERAL MOTORS )
Name )
300 RENAISANCE CTR )
Street and number )
DETROIT MI 48226 )
City     State     ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff   MARJORIE A. CREAMER
   Address   PO BOX 25164
   KC MO 64119
   thehush91@yahoo.com
   816-872-2803

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Mary Barra / Executive CEO_ is

employed at _General Motors_
_300 Renaissance Ctr._

C. Additional Defendants _Detroit MI 48226_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of _KANSAS and MISSOURI_
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _MICHIGAN_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B. (If applicable) Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☒ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title 42, Section 1210 1

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds):
PRODUCT LIABILITY
VIOLATION
Causing PERSONAL INJURY

III. Statement of Claim: See attached VIN #, Police report

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Purchase 2006 COBALT (General Motors) Caused accident 2009 due to RECALL Ignition switch, faulty non-airbag and defective recalled steering motor causing head injury, bodily injury and total of New Cobalt

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

relief should be granted to plaintiff in punitory, compensatory for injuries future, past and present as per jury trial

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes [X]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Jury decision of that of past cases decided for injuries, loss of limb 2009 — (7 years ago)

VIN # 1G1AL55F367780039 Chevy Cobalt

Defective Recalled Steering Electric Motor

(2014 recall) Ignition Switch

Non deployment Airbag

4

VIII.   Administrative Procedures:

A.   Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B.   If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.   If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

*No appeal process*

_____

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☒  This cause, or a substantially equivalent complaint, was previously filed in this court as case number *SDNY 14-6074 - Judge Sullivan* and assigned to the Honorable Judge *12-1428    Brown in KS*

☐  Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Mary A Creamer*
Signature of Plaintiff

*MARJORIE A. CREAMER*
Name (Print or Type)

*PO Box 25164*
Address
*KC MO 64119*
*816-872-2803*
*thehush91@yahoo.com*

5

KC　　MO　　64119
City　　State　　Zip Code

816-872-2803
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☒ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_Mary A Cramer_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_Mary A Cramer_
Signature of Plaintiff

Dated: April 24, 2016
(Rev. 10/15)

6