UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re GENERAL MOTORS INC

IGNITION SWITCH LITIGATION

Creamer      # 16-3923

14MC2543 JMF

-------------------------------------------------------x   14MD2543 JMF

PLEADING FOR THE  FOLLOWING  JUDGMENT FURTHER
DEFAULT  OF  GM  FAILING TO  NOTIFY OF  FAULTY IGNITION
SWITCH   *ENCLOSED  an 18 pages of  police report*
*Vin # 1G1AL55F367780039*
*Civil Suit , pictures of 2006 Cobalt*

Honorable Jesse M. Furman, District Judge  with this following pro se
case #16-3923 CREAMER  transferred from  District of Kansas case
#16-4045 , Creamer has filed and sent via certified on August 5, 2016
documentation and  I am  also sending the  copy of the case # 16-
4045  from District of Kansas.

As IN THE   74-page opinion, a three-judge panel said that GM
essentially asked the court to reward it for concealing claims. "We
decline to do so," the court said.

( 1 - 2 )

Under terms of the government-funded bankruptcy, the company that emerged, referred to as New GM, was indemnified against most claims against the pre-bankruptcy company, or Old GM. Retired U.S. Bankruptcy Judge Robert Gerber ruled in April 2015 that most ignition-switch claimants could not sue New GM for damages because the company should emerge from bankruptcy free of claims against Old GM.          Creamer  in bankruptcy case of Judge Robert Gerber

          #09-50026   SDofNY   bankruptcy  transcription on April 2012  phone  conference

But the  appeals court overturned most of that decision. GM's actions with failing to notify  Creamer  is cause for immediate default.

"I think GM now has to think about the fact of protect New GM from claims that it misrepresented the safety of cars made by pre-bankruptcy GM. The appeals judges, he said, determined that Old GM knew that the cars could stall and air bags wouldn't work but didn't reveal those facts during the bankruptcy.  CREAMER v GM in Bk Judge Gerber court 2012.    August 15, 2016

CERT of SERVICE via efile, US mail, fax

CLERK of SD of NY,   Judge  Jesse M. Furman

( 2 · 2 )

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARJORIE A. CREAMER )
)
)
KC MO )
(Enter above the full name of the Plaintiff(s) )
)
vs.  MARY BARRA )   Case Number  16-4045
GENERAL MOTORS )
Name_____ )
)
Street and number )
DETROIT MI )
City        State        ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff   MARJORIE  A.  CREAMER

Address_____

KC MO

1 - 1 8

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _Mary Bana / Executive CEO_ is

employed at _General Motors_ ▮▮▮▮▮▮▮▮▮▮▮▮

C.    Additional Defendants _Detroit MI_ ▮▮▮▮▮

_____

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.    (If Applicable) Diversity of citizenship and amount:

    1.    Plaintiff is a citizen of the State of _KANSAS and MISSOURI_

    2.    The first-named defendant above is either

        a.    a citizen of the State of _____ ; or

        b.    a corporation incorporated under the laws of the State of

        _MICHIGAN_ and having its principal place of business

        in a State other than the State of which plaintiff is a citizen.

    3. The second-named defendant above is either

        a.    a citizen of the State of _____ ; or

        b.    a corporation incorporated under the laws of the State of

        _____ and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☒ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____ Section_____
Statute, US Code, Title _49_, Section _1210.1_

☒ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):
_PRODUCT    LIABILITY_
_VIOLATION_
_Causing PERSONAL_
_____
_Poli_

III.   Statement of Claim:   _See attached_

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.  State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

_Purchase 2006 COBALT (General Motors) Caused_
_accident 2009 due to RECALL_
_IGNITION SWITCH, Faulty non-_
_airbag and defective recalled steering_
_motor causing head injury bodily injury_
IV.   Relief:   _and total of new Cobalt_

(State briefly exactly what judgement or relief you want from the Court.  Do not make
legal arguments.)

3-18

relief should be granted to plaintiff
in punitory, compensatory for injury
future, past and present as per
jury trial

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.   Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

VII.   Do you claim punitive monetary damages?   Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Jury decision of that
of past cases decided
for injuries, loss of time
2009 — 7 years ago

VIN # 1G1ALS5F367780039 Chevy Cobalt
☆ Defective Recalled Steering Electric
Motor

☆ (2014 recall) Ignition Switch

☆ Non deployment Airbag
Sept 24, 2009 before July, 2009

4-18

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B.      If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.      If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____ *NO appeal process* _____

_____

_____

IX.     Related Litigation:

Please mark the statement that pertains to this case:

☒      This cause, or a/substantially equivalent complaint, was previously filed in this court as case number *SDNY NY 14-6074 - Judge Sullivan* and assigned to the Honorable Judge *#12 -1428* *Brown in KS*

☐      Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

*MARJORIE A. CREAMER*
Name (Print or Type)

█████████████████

Address
*KC MO*  ████████

██████████████████████████

5 ~ /)

KC   MO

City          State          Zip Code

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( ☐ Wichita, ☐ Kansas City , or ☒ Topeka) , Kansas as the
                                        (Select One)
location for the trial in this matter.

_Signature of Plaintiff_

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( ☒ Yes or ☐ No )
                                    (Select One)

_Signature of Plaintiff_

Dated: April 24, 2016
(Rev. 10/15)

6 - 18

GM    3201 Traffic way
       Fairfax Kansas City

[REDACTED]

300 Renaissance Ctr
Detroit MI

[REDACTED]

Lemon Law

gm priority care @ gm.com

[REDACTED]

Sent email: My.gm.com/recalls
Gave email
4/26 US mandatory
V#
1G1AL55F367780039
my c

7-18

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** *MARTONS A CREAMER*

mail — KC MO

home — *Smith Center KS*

**(b)** County of Residence of First Listed Plaintiff *Clay County / Smith Co.*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

*pro - se*

**DEFENDANTS** *c m alleh GENERAL MOTORS Co Detroit MI*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☒ 195 Contract Product Liability
- ☐ 196 Franchise

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury – Medical Malpractice

**PERSONAL INJURY**
- ☒ 365 Personal Injury – Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities – Employment
- ☒ 446 Amer. w/Disabilities – Other
- ☐ 448 Education

**PRISONER PETITIONS**
- **Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
- **Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS–Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*42 US Code §12101 Violations 42 section 1739(a) PRODUCT LIABILITY*

Brief description of cause:
*Violation of ADA and Civil rights Act 1964 US Constitution Bill of Rights*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____  DOCKET NUMBER _____

DATE *April 24 2016*

SIGNATURE OF ATTORNEY OF RECORD *Marcie A Creamer*

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

*8 - 15*



TURN U on Hwy went other direction into ditch



9 - 18



10-18



11-18

**STATE OF KANSAS**
**MOTOR VEHICLE ACCIDENT REPORT**
**DOT FORM NO. 850**

KDOT Rev. 1-2005          AFR8 3.1 v.20080319.a

☐ FATAL
☐ INJURY
☒ PDO over $1000
☐ PDO under $1000
☐ PRIVATE PROPERTY

☐ Amended Report
☐ Hit & Run Accident
☐ KDOT Property Damage
☐ KDOT Construction Zone

| Milepost | COUNTY | On Road | Speed Limit | CITY | Photos By | Local Case Number | Page of |
|---|---|---|---|---|---|---|---|
| 193.7 | SD | US83 | 65 | SELDEN | SDSO | 2009-AC-43 | 1 / 2 |

| Distance | FVM | Dir. | FROM / AT   Road | Speed Limit | Investigating Dept. | Investigating Officer /Badge Number | Reviewed By |
|---|---|---|---|---|---|---|---|
| 0.100 | M | W | ☒ FROM ☐ AT   US83 & US383 JUNCT | 65 | Sheridan Co. Sheriff | BRIAN FENNER 80 | |

| COLLISION DIAGRAM (Show Unit Movements, Roads) | Describe pre-crash movement or action and direction of vehicles and pedestrians by traffic unit number. | Date of Accident 09/24/2009 |
|---|---|---|

NOT TO SCALE    N

V1 WAS EASTBOUNT ON US83 WHEN D1 LOST
CONTROL OF V1.  V1 ENTERED THE NORTH
DITCH AND ROLLED ONTO IT'S TOP THEN
HIT THE UTILITY POLE.  V1 WAS THEN
SPUN AND ROLLED ONTO WHEELS.

| TIME Occurred | DAY |
|---|---|
| 17:20 | TH |
| TIME Notified | DAY |
| 17:27 | TH |
| TIME Arrived | DAY |
| 17:45 | TH |

| Object Damaged and nature of damage (Show location in diagram) | Name and Address of object owner |
|---|---|
| UTILITY POLE | MIDWEST ENERGY, 916 SHERIDAN AVE, HOXIE, KS 67740 |

| ON Road | Cont Sect. | Seg. Milepost | | AT Road | Distance | Unit | Dir. | Latitude | | Longitude | | STATE USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | City Code | Agency Code | Distance | N | Reference Road 1 | + E | Distance | M | Reference Road 2 | Color | Pers. Class | |

| Unit | ☒ Driver ☐ Ped | NAME (Last, First and Initial) | ☐ Work ☒ Home | Color | YEAR | MAKE | MODEL | & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|---|
| 01 | CREAMER   MARJORIE   A | | | BLK | 2006 | CHEV | CBT | 4D | |

| OWNER ADDRESS Number & Street | City | | State | | EXP YR | Removed By: |
|---|---|---|---|---|---|---|
| | SMITH CENTER | | KS | | 2010 | ACS TOWING & REPAIR |

| | | STATE | LICENSE PLATE # | | | |

| DRIVERS LICENSE STATE and NUMBER | CDL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| SLKS   No. | N | 1957 | F | | |

| Registered OWNER FULL NAME ("Same" if Driver) | Phone ☐ Work ☐ Home | TOTAL occupants in this vehicle | Fire? | Insurance Company |
|---|---|---|---|---|
| CREAMER   MARJORIE   A | | 1 | N | PROGRESSIVE |

| OWNER Address ("Same" if Driver) | | State | Zip Code | Special Data Area | Direction of Travel | Policy Number |
|---|---|---|---|---|---|---|
| | | KS | | | E | |

| Special Conditions for unit above: | ☐ 01 Hit & Run | ☐ 02 Non-Contact | ☐ 03 Stolen | ☐ 04 Legally parked | ☐ 05 Police pursuit | ☐ 06 Driverless | ☒ 07 Towed away |
|---|---|---|---|---|---|---|---|

| Unit | ☐ Driver ☐ Ped | NAME (Last, First and Initial) | Phone ☐ Work ☐ Home | Color | YEAR | MAKE | MODEL | & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Driver/Ped ADDRESS Number & Street | City | State | Zip Code | STATE | LICENSE PLATE # | EXP YR | Removed By: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DRIVER'S LICENSE STATE and NUMBER | CDL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| SL   No. | | | | | |

| Registered OWNER FULL NAME ("Same" if Driver) | Phone ☐ Work ☐ Home | TOTAL occupants in this vehicle | Fire? | Insurance Company |
|---|---|---|---|---|
| | | | | |

| OWNER Address ("Same" if Driver) | City | State | Zip Code | Special Data Area | Direction of Travel | Policy Number |
|---|---|---|---|---|---|---|
| | | | | | | |

| Special Conditions for unit above: | ☐ 01 Hit & Run | ☐ 02 Non-Contact | ☐ 03 Stolen | ☐ 04 Legally parked | ☐ 05 Police pursuit | ☐ 06 Driverless | ☐ 07 Towed away |
|---|---|---|---|---|---|---|---|

| TRAF UNIT | SEAT TYPE | Last NAME | First Name | Initial | ADDRESS (Number, Street, City, State, Zip) | SEX | AGE | S.E. USED | EJECT/ TRAP | INJ SEV | EMS UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | CREAMER | MARJORIE | A | | F | 52 | S | N | N | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| E M S | Unit A | INJURED TAKEN By: | E M S | Unit B | INJURED TAKEN By: | E M S | Unit C | INJURED TAKEN By: |
|---|---|---|---|---|---|---|---|---|
| | | INJURED TAKEN To: | | | INJURED TAKEN To: | | | INJURED TAKEN To: |

12-18





COLLISION DIAGRAM · Draw scene as observed. Refer to vehicles, drivers, and pedestrians by numbers assigned in this report.

SHOW (1) Outline of street and access points and identify specifically by number.
(2) Paths of units prior to and after impact, skidmarks, and point of impact (POI).
(3) Location of signs, traffic controls, and reference points.
(4) Location of other property hit or damaged (trees, signs, etc.).
(5) Specific features at location (bridge, overpass, culvert, railroad crossing, etc.).
(6) Location of temporary highway conditions.
(7) All measurements to locate the accident relative to specific, fixed, and identifiable points.

NORTH

DIAGRAM NOT DRAWN TO SCALE

1. FIXED POINT (UTILITY POLE)
2. V1 SKID MARKS
3. BROKEN UTILITY POLE
4. V1 FINAL RESTING POINT

14-18

# WITNESS

## SHERIDAN COUNTY SHERIFF'S DEPARTMENT

Case# _____

Brian K. Fenner, Sheriff                         Hessel M. Anderson, Undersheriff

### CASE STATEMENT

NAME ___Dustin J Burgardt___   DATE OF BIRTH ███ 82

SS# ████████████   or DL# ████████████

ADDRESS ██████████████████ Colby ks  PHONE ███████████

Travelling NE on HWY 83 toward 83+383 Junction From
Seldon, Ks. I saw the Black ~~Dodge three~~ Chevy Cobalt swerve into the
oncoming traffic lane, maintain a straight direction for
several seconds. The car then had two tires off the
pavement, promptly swerved back onto the road, only to
swerve again. the car then swerved hard left,
went through the north ditch, hit a telephone pole,
rolled onto the top of the car, and then finished the
roll onto the tires. I dialed 911 and stopped immediately.
While on the phone to the dispatcher I helped one (1)
occupant out of the back seat of the vehicle.
I tried to communicate with the occupant, but
it was hard

SIGNATURE _Dust Burgardt_   DATE _9-24-09_

PAGE_____ OF_____

15-18

# SHERIDAN COUNTY SHERIFF'S DEPARTMENT

Case# _____

Brian K. Fenner, Sheriff                    Hessel M. Anderson, Undersheriff

### CASE STATEMENT

NAME _Marjorie A. Creamer_ DATE OF BIRTH ██████████

SS# ████████████████ or DL# ████████████████

ADDRESS ████████████████ PHONE ████████████

Pirelli Tires / East Bound
on 83 on curb and ~~that~~ tried to get
back on the road and/or turned hit
pole and rolled west side

Hood of car down on car perfect
perfect. not as picture front
Sheriff Finney
Send me a copy
████████████████
Smith Center Ks ██████████

SIGNATURE _Mjri A Creamer_ DATE _Sept 24,_
_2009_

PAGE _____ OF _____.

16 - 18

**STATE OF KANSAS**
**MOTOR VEHICLE ACCIDENT REPORT**
DOT FORM NO. 850
Rev. 1-2005

☐ FATAL
☐ INJURY
☑ PDO over $1000 .
☐ PDO under $1000
☐ PRIVATE PROPERTY

☐ Amended Report
☐ Hit & Run Accident
☐ KDOT Property Damages
☐ KDOT Construction Zones

| Milepost | County | On Road | Speed Limit | CITY | Photos By | Local Case Number | Page of |
|---|---|---|---|---|---|---|---|
| 193.7 | SD | US 83 | 65 | SELDEN | SDSO | 09-AC-47 | 1  5 |

| Distance | FVMI | Dir. | ☑FROM ☐AT Road | Speed Limit | Investigating Dept. | Investigating Officer /Badge Number | Reviewed By |
|---|---|---|---|---|---|---|---|
| .1 | mi | W | US83 & US283 JUNCTION | 65 | SDSO | BRIAN FENNER/80 | |

**COLLISION DIAGRAM (Show Unit Movements, Roads)**

NOT DRAWN TO SCALE

Describe pre-crash movement or action and direction of vehicles and pedestrians by traffic unit number.

V1 WAS EASTBOUND ON US 83 WHEN D1 LOST CONTROL OF V1. V1 ENTERED THE NORTH DITCH AND ROLLED ONTO ITS TOP THEN HIT THE UTILITY POLE V1 WAS THEN SPUN AND ROLLED ONTO WHEELS

| Date of Accident | 09 24 2009 |
|---|---|
| TIME Occurred | 1720 | DAY THUR |
| TIME Notified | 1727 | DAY THUR |
| TIME Arrived | 1745 | DAY THUR |
| | 67790 |

Object Damaged and nature of damage (Show location in diagram)
UTILITY POLE

Name and Address of object owner
MIDWEST ENERGY 916 SHERIDAN AVE HOME KS

| Unit | ☑Driver ☐Ped NAME (Last, First and Initial) | Phone ☐Work ☐Home | Color | YEAR | MAKE | MODEL | & | BODY STYLE | NIC CCs |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CREAMER, MARJORIE ANN | | BLK | 2006 | CHEV | COBALT | | 4D. | |

Driver/Ped ADDRESS (Number, Street, City, State, Zip Code)
SMITH CENTER, KS.

| STATE | LICENSE PLATE # | Exp. Yr | Removed By: |
|---|---|---|---|
| KS | | 2010 | ACS TOWING & REPAIR |

| DRIVER'S LICENSE STATE and NUMBER | COL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| St. KS No. | | 09 01 57 | F | | |

| Registered OWNER FULL NAME ("Same" if Driver) | Phone ☐Work ☐Home | TOTAL occupants in this vehicle | First? | Insurance Company |
|---|---|---|---|---|
| SAME | | 1 | | PROGRESSIVE |

| OWNER Address ("Same" if Driver) | Special Data Area | Direction of Travel E |
|---|---|---|
| SAME | | |

Special Conditions for unit above: ☐ 1 Hit & Run ☐ 2 Non-Contact ☐ 3 Stolen ☐ 4 Legally parked ☐ 5 Police pursuit ☐ 6 Driverless ☐ 7 Towed away

| Unit | ☐Driver ☐Ped NAME (Last, First and Initial) | Phone ☐Work ☐Home | Color | YEAR | MAKE | MODEL | & | BODY STYLE | NIC CCs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Driver/Ped ADDRESS (Number, Street, City, State, Zip Code)

| STATE | LICENSE PLATE # | Exp. Yr | Removed By: |
|---|---|---|---|

| DRIVER'S LICENSE STATE and NUMBER | COL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| St. Io. | | | | | |

| Registered OWNER FULL NAME ("Same" if Driver) | Phone ☐Work ☐Home | TOTAL occupants in this vehicle | First? | Insurance Company |
|---|---|---|---|---|

| OWNER Address ("Same" if Driver) | Special Data Area | Direction of Travel |
|---|---|---|

Special Conditions for unit above: ☐ 1 Hit & Run ☐ 2 Non-Contact ☐ 3 Stolen ☐ 4 Legally parked ☐ 5 Police pursuit ☐ 6 Driverless ☐ 7 Towed away

| TRAF UNIT | SEAT TYPE | Last Name | First Name | Initial | ADDRESS (Number, Street, City, State, Zip) | SEX | AGE | S.E. USED | EJECT TRAP | INJ SEV | EMS UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 | CREAMER, | MARJORIE | ANN | SMITH CENTER, KS. | F | 52 | S | N | N | |
| | | | | | | | | | | | |

| E Unit M S A | INJURED TAKEN By: | E Unit M S B | INJURED TAKEN By: | E Unit M S C | INJURED TAKEN By: |
|---|---|---|---|---|---|
| | INJURED TAKEN To: | | INJURED TAKEN To: | | INJURED TAKEN To: |

17 - 15

| Dr/Pd | Violation Charged | Citation No. | Dr/Pd | Violation Charged | Citation No. | Dr/Pd | Violation Charged | Citation No. |
|---|---|---|---|---|---|---|---|---|
| Dr/Pd | Violation Charged | Citation No. | Dr/Pd | Violation Charged | Citation No. | Dr/Pd | Violation Charged | Citation No. |

**OFFICER'S OPINIONS OF APPARENT CONTRIBUTING CIRCUMSTANCES (Factor Type-Unit Number/Specific Factor) Enter in order all codes that apply.**

`01` **LIGHT**
01 Daylight
02 Dawn
03 Dusk
04 Dark: street lights on
05 Dark: no street lights

**TRAFFIC CONTROLS**
DIA (On/At Road)
Type Present
OK/N/PIOK/Non-functional)
`0` `08` 00 None
`0` `09` 01 Officer, flagger
02 Traffic signal
03 Stop sign
04 Flasher
05 Yield sign
06 RR gates or signal
07 RR crossing signal
08 No passing zone
09 Center/edge lines
88 Other _____

`OK`
`OK`

`02` **ACCIDENT CLASS**
00 Other non-collision
01 Overturned
**COLLISION WITH:**
02 Pedestrian
03 Other motor vehicle *
04 Parked motor vehicle
05 Railway train
06 Pedalcycle
07 Animal (specify)
08 Fixed object **
09 Other object

`*` **COLLISION WITH OTHER MOTOR VEH.**
01 Head on
02 Rear end
03 Angle - side impact
04 Sideswipe: opposite direction
05 Sideswipe: same direction
06 Backed into
88 Other _____

`06` `**` **FIXED OBJECT TYPE**
01 Bridge structure
02 Bridge rail
03 Crash cushion (barrels)
04 Divided, median barrier
05 Utility device: pole, meter, etc.
07 Other post or pole
08 Building
09 Guardrail     16 Mailbox
10 Sign post     17 Ditch
11 Culverts      18 Embankment
12 Curb          19 Wall
13 Fence / Gate  20 Tree
14 Hydrant       21 RR crossing
15 Barricade        fixtures
88 Other _____

`00` **WEATHER**
00 No adverse conditions
01 Rain, mist, or drizzle
02 Sleet          14 Rain & fog
03 Snow           16 Rain & wind
04 Fog            24 Sleet & fog
05 Smoke          36 Snow & winds
06 Strong winds
07 Blowing dust, sand, etc.
08 Freezing rain
88 Other _____

**ROAD CHARACTER**
`ON` `01` 01 Straight and level
02 Straight on grade
`AT` 03 Straight at hillcrest
04 Curved and level
05 Curved on grade
06 Curved at hillcrest
88 Other _____

**ACCIDENT LOCATION**
**ON ROADWAY:**
11 Non-intersection
12 Intersection
13 Intersection-related
14 Parking lot or driveway access
15 Interchange area
16 On crossover
**OFF ROADWAY:**
21 Roadside (including shoulder)
22 Median
23 Parking lot, rest area trafficway
88 Other _____

`ON` **SURFACE TYPE**
`02` 01 Concrete
02 Blacktop
`AT` 03 Gravel
04 Dirt
05 Brick
88 Other _____

`ON` **SURFACE CONDITION**
`01` 01 Dry
02 Wet
03 Snow or slush
`AT` 04 Ice or snowpacked
05 Mud, dirt or sand
Debris (Oil, etc.)
88 Other _____

`ON` **CONST./MAINT. ZONE**
`00` 00 None apply
01 Construction zone
`AT` 02 Maintenance zone
03 Utility zone

`00` **ROAD SPECIAL FEATURES**
(IDENTIFY UP TO THREE)
00 None
01 Bridge          04 Railroad crossing
02 Bridge overhead 05 Interchange
03 Railroad bridge 06 Ramp
88 Other _____

**ENTER/ANY VEHICLE IDENTIFIER:**
refer by code
Code      Ident

`01` **VEHICLE MANEUVER BEFORE CRASH**
01 Straight/following road
02 Left turn
03 Right turn
04 U-turn
05 Overtaking (passing)
06 Changing lanes
07 Avoiding maneuver
08 Merging
09 Parking
10 Backing
11 Stopped awaiting turn
12 Stopped in traffic
13 Illegally parked
14 Disabled in roadway
15 Slowing or stopping
88 Other _____

**DAMAGE LOCATION AREA - Vehicle** [   ]

☐ Top     ☐ Windshield  ☐ Windows
☐ Under   ☐ Overturn    ☐ Other
Trailer?  ☐ Present     ☐ Damaged

`01` **VEHICLE BODY TYPE**
01 Automobile
02 Motorcycle
03 Motorscooter or Moped
04 Van
05 Pickup truck
06 Sport Utility Veh.
07 Camper or RV
08 Farm equipment
09 All terrain vehicle (ATV)

**Heavy / Large Vehicles**
10 Single Large Truck
11 Truck and trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit bus
25 Train
77 Emergency Vehicles
88 Other _____

**Bus Capacity**

`03` **VEHICLE DAMAGE**
00 None
01 Damage (minor)
02 Functional
03 Disabling
04 Destroyed
88 Other _____

**DAMAGE LOCATION AREA - Vehicle** [   ]

☐ Top     ☐ Windshield  ☐ Windows
☐ Under   ☐ Overturn    ☐ Other
Trailer?  ☐ Present     ☐ Damaged

**PEDESTRIAN LOCATION BEFORE IMPACT-**
**IN INTERSECTION:**
01 In crosswalk or bikeway
02 Not in crosswalk or bikeway
03 In intersection without crosswalk or bikeway

**NOT IN INTERSECTION**
11 In available crosswalk or bikeway
12 Not in available crosswalk or bikeway
13 In area without crosswalk or bikeway
25 NOT IN ROADWAY

**PEDESTRIAN ACTION**
01 Entering or crossing road
02 Walking or riding on road
03 Approaching, leaving, or working on vehicle
04 Working (not on vehicle)
05 Passenger standing
06 Approaching or leaving bus
07 In parked vehicle
88 Other _____

**PED OBEDIENCE TO TRAF SIG**
00 No pedestrian signal
01 Obeyed pedestrian signal
02 Disobeyed ped signal
03 Ped signal malfunction
04 Not applicable

`01` **DR. LIC. COMPLY**
(Code each driver)
00 Not licensed
01 Valid license
02 Invalid license

`00` **RESTRICT. COMPLY**
(Code each driver)
00 No restrictions
01 Complied with
02 Do not comply

**SUBSTANCE USE**
AP - Alcohol Present
AC - Alcohol Contributed
DP- Illegal Drug Present
DC- Illegal Drug Contributed
MP - Medication Present
MC - Medication Contributed

**DRIVER/PED IMPAIRMENT TEST**
TR - Alcohol or drug Test Refused
PT - Positive preliminary Test
RP - Test given, Results Pending

`0.1` [   ]  ← **B.A.C.** →  `0.1` [   ]

**USE CODE "99" FOR UNKNOWN**

15-15

Aug 5 mailed from Fed X tracking #
Aug 12, 2016 filed

#16 -3293
Case of Gm
MO ⊗
Aug 16, 2016

Ms. Marjorie A. Creamer

Kansas City, MO

SD of NY Clerks

Pls file Enclosed
T Prefactory Statement

Thank you   M Creamer

*CREAMER*

| UNITED STATES DISTRICT COURT | 14-MD-2543 (JMF) |
| SOUTHERN DISTRICT OF NEW YORK | |
| IN RE: GENERAL MOTORS, LLC IGNITION SWITCH LITIGATION | 14-MC-2543 (JMF) |
| THIS DOCUMENT RELATES TO: [NAME: *MARJORIE A. CREAMER* | Case No. *16-3293* |

*a/k/a THE HUSH*

*DIST of KS #16-4045*
*after 2014 Ignition Switch coverup revealed*

### PLAINTIFF FACT SHEET
### CASE INFORMATION

*CTO-82*
*to MDL-2543*

#### Prefatory Statement

Plaintiff has not fully completed investigation of the facts relating to this claim, and has not completed all necessary discovery or preparation for trial. All of the responses contained herein are based only upon such information and documents that are presently available to and specifically known to Plaintiff and Plaintiff's counsel, agents, and representatives, and disclose only those contentions known or reasonably available to Plaintiff and Plaintiff's counsel, agents and representatives. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, and establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from the responses and contentions set forth herein.

The following responses are given without prejudice to Plaintiff's right to produce evidence of any facts Plaintiff may later become aware of or recall. Plaintiff accordingly reserves the right to change, amend, or add to any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed, memories are recalled, and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of factual and legal contentions as are presently known, but should in no way be to the prejudice of Plaintiff or Defendants in relation to further discovery, research or analysis or in any future lawsuit. Plaintiff has an affirmative duty to supplement or correct a response in a timely manner if Plaintiff learns that in some material respect the response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to Defendants during the discovery process or in writing. In such a circumstance, Plaintiff agrees to timely file an amendment to this Fact Sheet.

Plaintiff provides the responses herein with the understanding that Plaintiff's responses will be governed by Order No. 10—Protecting Confidentiality and Privileged Materials—entered on 9/10/2014 in this litigation. [*See* Dkt. No. 294]

*2016 new X-rays (1st and only of Spine)*
*head, N.E.I*

*2009-2010 Nebraska, Hastings*

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

## Definitions

A.    "Subject Vehicle" is defined as the vehicle that serves as the basis for Plaintiff's claim in this matter.

B.    "Subject Incident" is defined as the Ignition-Switch Related Event involving the Subject Vehicle that is the basis for Plaintiff's claim in this matter.

C.    "Ignition-Switch Related Event" includes, but is not limited to, an incident where the Subject Vehicle's ignition switch moved from the "run" position to "accessory" position (or otherwise moved out of the "run" position) resulting in a partial loss of electrical power, the vehicle's engine turning off, a loss of power steering, and/or a failure of the airbags to deploy.

*The following questions are to be treated as interrogatories pursuant to Federal Rules of Civil Procedure, Rule 33, and are subject to Rules 26 and 37.*

## I.    BASIC INFORMATION

1.    Name of individual completing this Fact Sheet: MARJORIE ANN CREAMER

2.    Date of Birth: ▓▓▓▓ 1957    PDO (paid on death) to Son

3.    Address: ▓▓▓▓▓▓▓ KC MO 64119    ZACHARY ROBERT GOTTSCHALK

4.    Are you completing this Fact Sheet in a representative capacity (*e.g.*, on behalf of the estate of a deceased person, an incapacitated individual, or a minor injured in the Subject Incident on which this case is based)?    TBI Major and other Injuries

         Yes  ☒        No   ☐

5.    If you are completing this Fact Sheet in a representative capacity, identify the person(s) represented by name, date of birth, gender, and address:

| Name | DOB | Gender | Address |
|------|-----|--------|---------|
| Self | Same | driver of Chevy Cobalt | |

6.    What is your relationship to the individual you represent? Self

7.    Were you appointed by a court?    Had case in BK ut SDMY

         Yes  ☒        No   ☐        BK #09-50.026

8.    If you represent a decedent's estate, state the decedent's date of death: N/A

9.    If you represent a decedent's estate, do you contend the Subject Incident caused the decedent's death? N/A

2

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER  —  2006 Chevy Cobalt*

10. If you represent a decedent's estate, identify the decedent's surviving spouse, parents, and children and provide their addresses (or the addresses of their attorneys, if applicable) and the age of any surviving children.

*N/A*

For the remaining questions of the fact sheet, "you" or "your" means the person injured in the Subject Incident on which this claim is based.

[Note: If you are completing this Fact Sheet in a representative capacity, please respond to the remaining questions with respect to the person who was injured in the Subject Incident. If the individual is deceased, please respond as of the time immediately before his or her death unless a different time period is specified.]

## II.     PERSONAL INFORMATION

11. Your Name: *MARJORIE  ANN  CREAMER*

12. Male ☐        Female ☒

13. Age at time of Subject Incident: *age 52   (spouse still alive, died in 2013)*

14. Date of birth: ███████ *1957*

15. Social Security Number: ███████

16. Driver's License Number/State of Issuance/Date of First Issuance: *1973  Expires* ███  *Kansas*

17. List your current address and the period you have resided at the location:

| Current Address | Dates |
|---|---|
| ███████████████ *KC, MO 64119* | |

18. Marital Status: Are you currently married?

Yes ☐        No *Widowed*

If yes, please identify your current spouse.

19. Were you married at the time of the Subject Incident?

Yes ☒        No ☐

20. Is your spouse pursuing a loss of consortium claim?

Yes ☐        No ☒

3

Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)

CREAMER   -   2006 Chevy Cobalt

If you answered "Yes," please identify your spouse's name, date of birth, and occupation:

| Spouse's Name | Date of Birth | Occupation |
|---------------|---------------|------------|
| N/A           |               |            |

21.   If your spouse is pursuing a loss of consortium claim, please state whether you and your spouse have ever lived apart during your marriage or filed for separation or divorce.

## III.   PREVIOUS LEGAL MATTERS

22.   Within the past ten (10) years, have you been convicted of, or pled guilty to, a felony or completed serving a sentence for a felony conviction?

Yes ☐        No ☒

23.   Within the past ten (10) years, have you been convicted of, or pled guilty to, a misdemeanor involving lying, false statements, cheating, fraud, or dishonesty?

Yes ☐        No ☒

If you answered "yes" to question no. 22 and/or 23, please identify the charge for which you were convicted (or pled guilty to), the court in which you were convicted or entered the plea, the criminal action number assigned to the matter, and the sentence imposed.

24.   Within the past ten (10) years, have you filed a lawsuit or made a claim involving personal injuries other than this case?

Yes ☒        No ☐

If you answered "yes," please identify the Court, the case name, names of adverse parties, civil action number if filed, and state how the matter was resolved.

*police received GM injury of 2005    ... 3 yrs*
*DIST of KANSAS    POLICE*

25.   Within the past ten (10) years, have you submitted a workers' compensation claim, social security claim, or any other form of disability claim for injuries *to the part(s) of your body that you claim was injured in the Subject Incident*?

Yes ☐        No ☒

If you answered "yes," please list the claims submitted, the entity with which the claim was filed, the year and location where the claim was filed, the claim number, nature of the disability, period of disability, and the status of the claim.

26.   Other than this case, have you or has someone on your behalf made a claim or filed a lawsuit concerning the Subject Incident or the injuries and damages you claim to have sustained as a result of the Subject Incident?

4

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER -*     *2006 Chevy Cobalt*

Yes ☐     No ☑

If you answered "yes," please identify the other persons or entities against whom the
claim was made or lawsuit was filed, the date of the claim or lawsuit, where the claim or
lawsuit was filed and the status of the claim or lawsuit.

## IV.     VEHICLE INFORMATION

27.     Subject Vehicle Model Year, Brand/Make, Model, and Trim Level: *Chevy Cobalt*
*2006 XM satellite Sport Package*

28.     Subject Vehicle's Vehicle Identification Number (VIN):

29.     Date of purchase: *April 2007*

30.     Did you purchase the Subject Vehicle new or used? *NEW*

31.     Name and address of dealer/seller: *CLAY CHEV. now HAYS CHEV*

32.     State where the Subject Vehicle is currently located and who has possession of it.
*2010 last at Wichita, Ks insurance and police*

33.     Is the Subject Vehicle available for inspection? *tried to arrest me then*

*unknown* Yes ☐     No ☐     *Salvaged*

34.     Has the Subject Vehicle's Sensing and Diagnostic Module ("SDM") been downloaded at
any time following the Subject Incident?
*by Annette Rigdon*
Yes ☑     No ☐     *Gm claims Repat*

If you answered "yes," please identify the step-by-step process used to download
the SDM data, including, but not limited to, the person performing the download
of the data and the date such download occurred.

35.     Has the SDM ever been removed from the Subject Vehicle? *at time inspected*
Yes ☐     No ☑     Don't Know ☐

If you answered "yes," please identify who removed the module, when the module was
removed, and where the module is currently located.

36.     Identify, to your knowledge, all persons who have inspected and/or photographed the
Subject Vehicle since the Subject Incident. *unknown*

## V.     MAINTENANCE HISTORY

37.     To your knowledge, has the Subject Vehicle's ignition switch ever been repaired and/or
serviced? *Never*

5

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER*          *2006 Chevy Cobalt*

Yes ☐   No ☒

If you answered "yes," please describe the repair or service performed, when it was performed, and who performed it.

38. To your knowledge, has the Subject Vehicle's airbag(s) or its components ever been repaired and/or replaced?

Yes ☐   No ☒

If you answered "yes," please describe the repair or service performed, when it was performed, and who performed it.

## VI.    INCIDENT INFORMATION

39. Do you claim to have experienced an Ignition-Switch Related Event in the Subject Vehicle? *Sept 24, 2009   Accident*

Yes ☒   No ☐

If you answered "yes," please state how many Subject Incidents you claim to have experienced.

40. With respect to the first, or earliest, Subject Incident you experienced:

a.   What date and time did it happen? *Sept 24, 2009*

b.   Were you driving the Subject Vehicle during the Subject Incident?

Yes ☒   No ☐

If you answered "no," please provide the name, age, and current address of the driver, and relationship to you.

c.   If the driver of the Subject Vehicle had a cellular telephone and/or other mobile communications device in the vehicle during the Subject Incident, please provide the telephone number(s) and service provider(s) for the devices(s). *785 ▮▮▮▮   Verizon*

d.   State whether the driver of the Subject Vehicle consumed any prescription medication, non-prescription medication or drugs, or alcoholic beverage in the 24 hours before the Subject Incident and identify the substance and amount consumed. *none*

e.   Did the driver of the Subject Vehicle submit to any drug or alcohol testing following the Subject Incident? *none needed*

6

*CREAMER  — 2006 Chevy Cobalt*

Yes ☐     No ☒

If you answered "yes," please describe the testing performed and the results of the testing.

f. Describe all items on the key chain attached to the key in the Subject Vehicle's ignition switch at the time of the Subject Incident. *) — KEY ( ignition key )*

g. Describe the location of the Subject Incident, including, but not limited to, the surroundings, terrain, and the highway, street or parking lot or address where it happened. *2 lane western Old Kansas Hwy — fields of grass*

h. Describe the lighting, weather, and road conditions (e.g., daylight, rainy, wet, icy, dry) during the Subject Incident. *Clear sunny*

i. Indicate the length of time and distance the Subject Vehicle travelled off the roadway during the Subject Incident, if applicable. *69 mph*

j. Was there a collision? *Ditch*   *— to other side ditch*

*69 mph Cruise* Yes ☒     No ☒ *POLE*   *no steering available*

If you answered "yes," please describe the portion of the Subject Vehicle that collided with or struck any other object during the Subject Incident.

k. Did the Subject Incident involve a rollover event?

Yes ☒     No ☐

If you answered "yes," describe the rollover event, whether the rollover occurred on road or off road, whether it was a passenger's side or driver's side leading roll, and whether the Subject Vehicle struck any object before, during, or after the roll.

l. Did emergency responders arrive on scene?

Yes ☒     No ☐

If you answered "yes," please identify the responding agency and the incident or report number documenting their response to this incident.

m. Was anyone injured?

Yes ☒     No ☐

n. Was any property damaged, including, but not limited to, the vehicles involved?

Yes ☒     No ☐   *Utility pole*
*wires hanging over car, drive me knocked out*

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER — 2006 Chevy Cobalt*

If you answered "yes," please identify the property damaged and describe the damage, including the total of any repair estimate and whether any repairs were made to the vehicle as a result thereof. *More than my insurance of cam $4500.00*

o.  Is there a police report concerning the incident?

        Yes ☑        No ☐

If you answered yes, please identify the police agency and the incident/report number relating to the incident.

p.  Were any photographs taken of accident scene, the Subject Vehicle, and/or the vehicle's occupants?

        Yes ☑        No ☐

q.  Describe what happened, including the vehicle's approximate speed when the Subject Incident began (and/or the gear the vehicle was in), any and all inputs (steering, braking, etc.) the driver made to the vehicle during the Subject Incident, the response of the vehicle, and the outcome. *on 69 mph CRUISE*

r.  Did the vehicle's airbag(s) deploy during the Subject Incident?

        Yes ☐        No ☑

If you answered "yes," please state which airbags deployed.

s.  Were you wearing a seat belt at the time of the Subject Incident?

        Yes ☐        No ☑

t.  Was any occupant of the Subject Vehicle fully or partially ejected during the Subject Incident? *my dog*

        Yes ☑        No ☐        */ one of my dogs*

If you answered "yes," please explain.

u.  Identify any citations or tickets that were issued following the Subject Incident. *none*

v.  Did you take the Subject Vehicle to a dealership or service facility after the Subject Incident to address the Ignition-Switch Related Event? *Called about non-deployment*

        *N/A* Yes ☐        No ☑ *Any GM agent accessed bag*

*BK coverup*
*SDNY*
*See cases filed*

If you answered "yes," please identify the dealership or service facility, the date of service, and describe what work was done to the Subject Vehicle, anything you

8

*CREAMER — 2006 Chevy Cobalt*

were told about the Subject Vehicle and/or the Ignition-Switch Related Event, and
identify all documentation associated therewith.

*— 2007 winter both front back passenger tires BLEW*

41.   For each additional such Ignition-Switch Related Event you experienced, please answer
question(s) 40(a)-(v) on a separate page and attach to the end of your Fact Sheet
responses. *— non airbag deployment*

*— defective recalled STEERING MOTOR*

42.   Without prejudice to amending or supplementing this response at a later date, list the
potential defects in the Subject Vehicle that you currently believe may have caused or
contributed to the Subject Incident(s) and the basis for your assertions of same.

*none*

43.   Without prejudice to amending or supplementing this response at a later date, list the
potential defects in the Subject Vehicle that you currently believe may have caused or
contributed to your alleged injuries and the basis for your assertions of same.

*none*

44.   Do you claim that the Subject Vehicle experienced a "moving stall" or otherwise lost
engine power, and that this caused a loss of vehicle control during the Subject Incident?

*Defective Steering Motor recalled never replaced.*

If you answered "yes," please state each fact that supports that claim, identify any
fact witness(es) who support that claim, and provide summary of their anticipated
testimony.

45.   Do you claim that a loss of power steering occurred because the ignition switch moved
out of the "run" position?

    Yes   ☒        No   ☐

If you answered "yes," please state each fact that supports that claim, identify any
fact witness(es) who support that claim, and provide summary of their anticipated
testimony. *Cruise 60mph E road*

*report says Chris lost control*

46.   Do you claim that a loss of power assist brakes occurred because the Ignition Switch
moved out of the "run" position? *But No Steering to steer away*

*from utility pole in Ditch*

    Yes   ☒        No   ☐

If you answered "yes," please state each fact that supports that claim, identify any
fact witness(es) who support that claim, and provide summary of their anticipated
testimony. *Same as above*

47.   Do you claim that any of the Subject Vehicle's airbag systems failed to deploy during the
Subject Incident because the Ignition Switch moved out of the "run" position?

    Yes   ☒        No   ☐

9

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER — 2006 Chevy Cobalt*

If you answered "yes," please state each fact that supports that claim, identify any fact witness(es) who support that claim, and provide summary of anticipated testimony. *System locked up shut down driver had no control*

## VII.  INJURY INFORMATION *no on coming traffic*

48.  For each Subject Incident in which you allegedly sustained a personal injury, please describe your injuries and how they were sustained. *no on coming traffic*  *saved drivers life*

49.  Did the injuries you allegedly sustained during the Subject Incident result in hospitalization? *physically and mentally*

   Yes ☒   No ☐

50.  Please identify all facilities, agencies, hospitals, physicians, therapists, and other medical professionals who provided treatment for the injuries you allegedly sustained during the Subject Incident, as well as the dates of treatment:

| Medical Provider | Dates of Service |
|---|---|
| *Lance Cooper attorney had file / was his client* | |
| *case  Dist of Ks #11-4028 ; BK-SD of NY 09-5D024* | |
| *2nd appeal #12-6074; U.S. Sprm Crt #14-6350* | |
| *Hon Chevy (Pat Schiltz, mgn) has file* | |

51.  For each Subject Incident in which someone other than you was injured, please identify the person, and to the extent you have knowledge, identify the type or nature of injuries allegedly sustained, and the names of any agencies, hospitals, or physicians who treated the injured party.

## VIII.  CURRENT OR PRIOR MEDICAL CONDITIONS

52.  Other than the injuries allegedly sustained in the Subject Incident, between the date of the Subject Incident and the present, have you sustained any physical injuries, illnesses, or disabilities that have resulted in lost income or medical expenses?

   Yes ☒   No ☐

   If you answered "yes," please identify the injury, illness, disability, symptoms, date(s) of onset, date(s) of diagnoses and by whom it was first diagnosed. *Condition PTSD  TBI  Bryan  encephalopathy, 2004 concussion  spleen Di Murro*

53.  During the three (3) year period before the Subject Incident, did you sustain any physical injuries, illnesses, or disabilities that resulted in lost income or medical expenses? *KC mo 2015*

   Yes ☒   No ☐  *PTSD work related 1991*

*assault battery , rape at work on pool table Greyhound Bus  friend*

**Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)**

*CREAMER — 2006 Chevy Cobalt*

If you answered "yes," please identify the injury, illness, disability, symptoms, date(s) of onset, date(s) of diagnoses and by whom it was first diagnosed.

## IX.   DAMAGES CLAIMS - PERSONAL INJURY

54.   Lost Wages/Loss of Earning Capacity:  Are you claiming or do you expect to claim that you lost earnings or suffered an impairment of your earning capacity as a result of any condition you claim resulted from the Subject Incident?

*ownership +*

Yes ☒   No ☐

*Career horse riding boarding stable*

If you answered "yes," please provide the following information with respect to each of your places of employment for the past ten (10) years:

*Self employed as PTSD from 1991 work*

| Dates | Employer Name and Address | Job Title and Nature of Responsibilities | Annual Income and Benefits |
|-------|---------------------------|------------------------------------------|----------------------------|
|       | N/A                       |                                          |                            |

*related incident (s)*

55.   Total number of days you missed from work allegedly because of injuries sustained during the Subject Incident.   *7 years*

56.   Please identify whether you received any disability, medical leave, or other income for those days you missed allegedly due to your injuries and, if so, the type and amount of such income.   *disability monthly*

57.   Please identify whether you expect to return to employment following recovery from your injuries claimed as a result of the Subject Incident.  Please identify when your return is expected, whether you are expected to return to the same or similar job, and the number of hours per week you expect to be working.   *FRONT LOBEL HEAD*

*Injury, currently need TBI medical attention*

58.   If you do not expect to return to work, please explain why you are no longer able to work and whether same was confirmed by any medical professional.  Please identify the medical professional who limited your ability to work.   *Smith Center Ks electric*
*multiple 1991 disability, Physically 2007 Car accident*

59.   If you are claiming an impairment of your earning capacity, identify the impairment and the health care provider who diagnosed it.   *Hospital K.C. MO St*
*Lukes, Smithville Dr Forrest Anya*

60.   What is the amount of medical expenses you claim to have incurred as a result of the Subject Incident?

*Hastings Nebraska*
*records*

## DOCUMENT REQUESTS

*The following requests are to be treated as requests for the production of documents pursuant to Federal Rule of Civil Procedure, Rule 34, and are subject to Rule 37.*

*See previous court cases filed with documentation*

11

Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)

*CREAMER — 2006 Chevy Cobalt*

**The responding party shall produce into the MDL 2543 Document Depository, within thirty (30) days of the date of service of this Fact Sheet, any of the following documents that are in the responding party's possession, custody or control:**

*Attorneys will have to pull files of cases*

1. Copies of all documents relating to the purchase or lease of the Subject Vehicle and reflecting any repair, inspection, service, recall service, alteration or modifications of the Subject Vehicle. *DIST of KS   case # 11-4028*

2. Copies of the data downloaded from the Subject Vehicle's SDM.

3. Copies of all accident, incident or investigative reports (other than documents created by your counsel or at your counsel's request) regarding the Subject Incident or the Subject Vehicle prepared by any responding agency or third party, and documents reflecting citations issued by any police agency or governmental agency relating to the Subject Incident. *Cases   SD of NY appeal   #12-6074*

4. Copies of all towing records related to the towing of the Subject Vehicle as a result of the Subject Incident. *old   new BK of SD of NY #09-50026*

5. Copies of all photographs, videotapes, or digital images taken of the Subject Vehicle or any part of the Subject Vehicle before, during, and/or after the Subject Incident.

6. Copies of all photographs, videotapes or digital images taken of the injuries you claim to have sustained in the Subject Incident (other than documents created by your counsel or at your counsel's request). *US Supreme Crt # 14-6350*

7. Copies of all electronic data and/or electronic surveys taken and/or related to the accident scene. *Marjorie Creamer v. ML Company*

8. Any written and/or recorded statements that you gave (other than privileged communications or work product) regarding the Subject Vehicle, the Subject Incident, or your claimed injuries. *a/k/a THE HUSH   N/A*

9. Copies of all post-Subject Incident test results for the presence of alcohol or drugs in the individual driving the Subject Vehicle during the Subject Incident. *N/A*

10. Copies of any written statements given to any police officer, fireman, fire investigator, or any other public agency or entity regarding the Subject Incident. *See cases of court filed on this page*

11. All photographs and videos portraying or documenting injuries allegedly sustained as a result of the Subject Incident, including any "day in the life," therapy, or recovery video. *See cases of court filed on this page*

12. Copies of all documents and photographs regarding media coverage of the Subject Incident and/or your injuries allegedly sustained as a result thereof. *See cases of court filed on this page*

13. Copies of any available medical and pharmacy records, medical x-rays and images, charts, reports, nursing notes, therapy notes, and billing records for medical treatment you received for the injuries you claim were sustained in the Subject Incident. *will provide 2016 current and ongoing eval + tests of TBI   See page 13*

12

**Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)**

CREAMER — 2006 Chevy Cobalt

14. Copies of any available medical and pharmacy records, medical x-rays and images, charts, reports, nursing notes, therapy notes, and billing records for medical treatment you received during the three (3) year period before the Subject Incident.

*Ltr from agent Annette Rueda on non-deployment*

15. Copies of any documents related to insurance, including claims you submitted and *or an OOS* policies you had in effect as of the date of the Subject Incident that covered or may cover *Ignores* you, the Subject Vehicle, or the property on which the Subject Incident occurred. *by*

16. Copy of the death certificate, autopsy reports, and funeral and burial expenses if plaintiff *GM* claims the injured person died as a result of the Subject Incident. *then after steam motor recall*

*2009*
*7 years later... TBI, spine, bones*
*2016*

*Briama Murray, MD*

*X rays of Spine*

*2009 Nebraska Hastings*
*Hospitals still incurring STATEMENTS*

*MRI's*

*In 2009 emergency room would refused to Xray head.*

*Dr Rueben Silan, Norton, Ks*
*said Xray showed contusion concussion*

*Encephalopathy (bleeding, leaking)*

13

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

*CREAMER — 2006 Chevy Cobalt*

## SIGNED AUTHORIZATIONS

Plaintiff agrees to produce into the MDL 2543 Document Depository *original signed authorizations* within thirty (30) days of the date of service of this Fact Sheet for the release of relevant medical records, and to the extent a claim for lost wages is made, the release of relevant employment and financial records, including tax authorizations, social security authorizations, authorizations for the release of educational records, and Medicare/Medicaid disclosure forms. Plaintiff agrees to provide current authorizations as necessary. Plaintiff agrees that any document request above for medical and/or employment and/or financial records to be produced by Plaintiff will not preclude Defendants from also collecting such records directly from the source pursuant to the signed authorizations.

Most documents in file and sending from Cooper firm LANCE attorney in Georgia however he concentrated on dead young woman other then old injured woman me. see page 13 for further evaluations no I have had no $ for medical expenses incurred and in 2013 lost my husband, farm, everything I own and am walking around on ankles that crashed I 69 mph impact NO Air bag Deployment Jessie Creamer

14

***Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)***

CREAMER — 2006 Chevy Cobalt #

## DECLARATION

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that all the information provided in this Fact Sheet is true and correct to the best of my knowledge, information and belief formed after a reasonable inquiry.  I understand that I am under an obligation to supplement these responses.

Date: June 27, 2016

Signature: *Marjorie A Creamer*

Name: MARJORIE A CREAMER

No Judge(s) listen to me nor did LANCE COOPER

mur filings Dist of K6 #11-4028

SDofNY BK 09-50026

2nd Appeal Cst #12-6074

U S Supreme Cst #14-6382

Dist of Kansas
Now #16 - 4045 → to M CTO-82

*Contains Confidential Information – Subject to Confidentiality Order (Order No. 10)*

