IN THE UNITED STATES

RECEIVED
SDNY DOCKET UNIT
2018 AUG 29  AM 9:28

Southern DISTRICT of NEW YORK

CREAMER

V

GENERAL MOTORS

#14 MD 2543

# 16-3923
Jesse FURMAN

Motion to a CAR ACCIDENT caused
for Pleading to document 2008-2018
stolen land + home police excessive force files

Motion for compensation

as the August 18, 2018 pleading
Mailed "Plaintiffs Motion of Car accident
Head injury, spine etc"
Causing in retrospect
and See attached District of Kansas
Excessive force Cases and Property Fraud

Aug 24, 2018

Cert of Service
U-S Mail and email
Fed Clerks SD of NY
defendant attorney

PO Box 25164
KC MO 64119

7

*non-fiction* THE HUSH

86 F.3rd 167 (10th Circuit 1996)

*[handwritten]* Several and attorney takes, and attorney commits CRIME, uses client in Colorado causes

2002–2007 — COBALT CAR year 2006 accident

**Select a Case**

**Marjorie A. Creamer is a plaintiff in 23 cases.**

| Case | Title | Filed | Closed |
|---|---|---|---|
| 2:16-cv-02104-CM-GLR | Creamer v. Stortz | filed 02/18/16 | closed 04/22/16 |
| 2:16-cv-02195-DDC-JPO | Creamer v. City of Topeka, Kansas | filed 03/25/16 | closed 04/21/16 |
| 2:16-cv-02486-JAR-TJJ | Creamer v. Fischer et al | filed 07/07/16 | closed 07/29/16 |
| 2:17-cv-02571-JTM-GLR | Creamer v. Vratil et al | filed 09/29/17 | closed 11/03/17 |
| 5:08-cv-04126-JAR-KGS | Creamer v. Hays Police Department, et al | filed 10/23/08 | closed 06/29/09 |
| 5:11-cv-04028-CM-DJW | Creamer v. General Motors Corporation et al | filed 03/15/11 | closed 07/15/11 |
| 5:11-cv-04066-WEB-KMH | Creamer v. Smith County Sheriff's Department | filed 06/29/11 | closed 10/20/11 |
| 5:11-cv-04067-RDR-KGS | Creamer v. Laidlaw Transit, Inc. | filed 06/29/11 | closed 07/22/11 |
| 5:11-cv-04110-RDR-KGG | Creamer v. ESIS Claims Unit et al | filed 09/15/11 | closed 04/26/12 |
| 5:13-cv-04076-RDR-KGS | Creamer v. Rooks County Kansas et al | filed 07/16/13 | closed 04/29/14 |
| 5:13-cv-04125-JTM-DJW | Creamer v. Larned State Hospital et al | filed 10/29/13 | closed 12/20/13 |
| 5:14-cv-04027-RDR-KGS | Creamer v. 17th Judicial Judges, et al | filed 04/16/14 | closed 06/05/14 |
| 5:14-cv-04073-CM-JPO | Creamer v. A.D. Kelly, et al. | filed 08/01/14 | closed 10/10/14 |
| 5:14-cv-04083-DDC-TJJ | Creamer v. Phillipsburg City of et al | filed 09/03/14 | closed 02/11/15 |
| 5:14-cv-04107-JAR | Creamer v. Fischer et al | filed 10/29/14 | closed 08/25/15 |
| 5:15-cv-04853-RDR-KGS | Creamer v. Stortz Auction | filed 02/22/15 | closed 03/19/15 |
| 5:15-cv-04871-KHV-TJJ | Creamer v. Gildemeister et al | filed 04/28/15 | |
| 5:15-cv-04971-DDC-KGS | Creamer v. City of Topeka | filed 12/08/15 | closed 02/24/16 |
| 5:16-cv-04045-SAC-JPO | Creamer v. General Motors et al | filed 04/25/16 | closed 05/24/16 |
| 5:16-cv-04046-DDC-JPO | Creamer v. Stortz et al | filed 04/25/16 | closed 06/07/16 |
| 5:16-cv-04047-SAC-JPO | Creamer v. Topeka Police Department et al | filed 04/25/16 | closed 06/24/16 |
| 5:16-cv-04052-DDC-JPO | Creamer v. Jacques | filed 04/26/16 | closed 06/07/16 |
| 5:17-cv-04011-DDC-TJJ | Creamer v. Martin et al | filed 01/30/17 | closed 02/16/17 |

*[handwritten]* 2008 · after Default 2009 *CAR ACCIDENT Judge Brown 104 years old

Mag Judge Teresa J. James

Doc 5 filed 4/29/2015 case Dist of KS #15-4871
ALL DIST of KANSAS 2-8